| | |
|---|---|
| GILBERT OSUNA, | 1:18-cv-00717-LJO-GSA-PC |
| Plaintiff, | **ORDER RE PLAINTIFF'S NOTICE** |
| vs. | **ORDER DENYING REQUEST TO RE-OPEN THIS CASE**<br>**(ECF No. 36.)** |
| M. WADLE, et al., | |
| Defendants. | **ORDER FOR CLERK TO SEND PLAINTIFF A § 1983 COMPLAINT FORM** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

## I. BACKGROUND

Gilbert Osuna ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint commencing this case on August 30, 2017, at the United States District Court for the Central District of California. (ECF No. 1.) On May 22, 2018, the case was transferred to this court. (ECF No. 19.)

On February 8, 2019, this case was dismissed, without prejudice, based on Plaintiff's failure to exhaust administrative remedies before filing suit. (ECF No. 34.) This case is now closed.

On March 18, 2019, Plaintiff filed a notice and request. (ECF No. 36.)

1

## II. PLAINTIFF'S NOTICE AND REQUEST

Plaintiff notifies the court that he has now exhausted his administrative remedies and seeks to have his case re-opened.

To the extent that Plaintiff seeks to re-open this specific case under case number 1:18-cv-00717-LJO-GSA-PC, Plaintiff's request shall be denied. However, because this case was dismissed *without prejudice*, Plaintiff may re-instate his claims by filing a *new* case. To file a *new* case Plaintiff must submit a *new* complaint to the court without reference to his previous case or case number. Plaintiff must also submit a *new* application to proceed *in forma pauperis* or pay the $400.00 filing fee for the *new* case.[1] When the *new* case is opened the court will assign a *new* case number.

The Clerk of Court shall be directed to send Plaintiff a § 1983 complaint form.

## III. CONCLUSION

Based on the foregoing, the court **HEREBY ORDERS** that:

1. Plaintiff's request to re-open case number 1:18-cv-00717-LJO-GSA-PC is denied; and
2. The Clerk of Court is directed to send Plaintiff a § 1983 complaint form and an application to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated: **March 20, 2019**           **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff's filing of a new case does not excuse him from paying the filing fee for this case. The filing fee is collected by the court as payment for filing the case. The subsequent dismissal of a case does not change the fact that the case was filed. Even though Plaintiff is proceeding *in forma pauperis* in this case without *prepayment* of the filing fee, he is required to pay the filing fee in full, notwithstanding dismissal of the action. 28 U.S.C. 1915(a)(2) (emphasis added).